**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6043**

———————

EUGENE PAUL JONES,

　　　　　　Plaintiff - Appellant,

　　　v.

STAMPER, Correctional Officer,

　　　　　　Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony J. Trenga, District Judge. (1:12-cv-00352-AJT-IDD)

———————

Submitted: April 17, 2014　　　　Decided: April 22, 2014

———————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Eugene Paul Jones, Appellant Pro Se. Maurice Scott Fisher, Jr., HARMON, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Paul Jones appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for examination by an outside physician. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Stamper, No. 1:12-cv-00352-AJT-IDD (E.D. Va. Mar. 25, 2013 & Dec. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2